that the sentence imposed on defendant is reduced to a minimum of six and a maximum of ten years in the Illinois State Penitentiary, and as modified, the judgment is affirmed.

Modified and affirmed.

BURMAN, J., concurs.

Mr. JUSTICE DIERINGER dissents in part:

I concur as to affirming on the merits but I respectfully dissent to the reduction of the sentence.

THE PEOPLE OF THE STATE OF ILLINOIS, Appellee, *v.* WILLIAM BRANCH, Appellant.

(No. 55802;

First District—December 15, 1971.

Opinion by Mr. JUSTICE BURMAN.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

Gerald W. Getty, Public Defender, of Chicago, for appellant.